## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

GEORGE M. HADLEY

v.

JOEL MORANZ, INDIVIDUALLY AND AS
EXECUTOR OF THE ESTATE OF
ELAINE MORANZ, JANA S. PALEY AND
SUPERIOR MOVING & STORAGE
COMPANY, INC.

PETITION OF: JANA S. PALEY

:  No. 536 EAL 2018
:
:
:
:  Petition for Allowance of Appeal from
:  the Order of the Superior Court
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

 **AND NOW**, this 23rd day of April, 2019, the Petition for Allowance of Appeal is **DENIED**.